E. GERARD MANNION (State Bar #77287)
E-mail:gmannion@sbcglobal.net
WESLEY M. LOWE (State Bar #111761)
E-mail:wlowe@sbcglobal.net
Demián I. Oksenendler (State Bar #233416)
E-mail:doksenendler@sbcglobal.net
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorneys for Plaintiff
GAIL E. CLINE (aka GAYLE E. CLINE)

LAURA LEIGH GEIST (SBN: 180826)
lgeist@gordonrees.com
JORDAN S. ALTURA (SBN: 209431)
jaltura@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
AMERIPRISE FINANCIAL, INC. and
RIVERSOURCE LIFE INSURANCE COMPANY,
(f/k/a and erroneously sued as IDS LIFE INSURANCE COMPANY)



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAIL E. CLINE (aka GAYLE E. CLINE),

Plaintiff,

vs.

AMERIPRISE FINANCIAL, INC., RIVERSOURCE LIFE INSURANCE COMPANY; IDS LIFE INSURANCE COMPANY, and DOES 1-1000, inclusive,

Defendant.

CASE NO. C09-3480 CRB

**STIPULATION CONTINUING MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE AND ~~[PROPOSED]~~ ORDER ON STIPULATION**

## STIPULATION

On October 29, 2009, the Court referred this case to mediation to be completed on or before the presumptive 90-day deadline following the Court's referral order, i.e., on or before January 27, 2010. The ADR Clerk appointed Rebecca Westerfield as mediator on November 10, 2009. At the November 20, 2009 Case Management Conference, the Court ordered the Parties to appear at a further Case Management Conference on January 22, 2010 at 8:30 a.m. After a pre-mediation phone conference, this case was scheduled for mediation on January 26, 2010, the earliest date convenient for all parties, counsel and the mediator.

Because the next Case Management Conference is scheduled to occur before the mediation will be commenced, and the mediation is currently scheduled to begin only one day before the deadline to complete mediation expires, the parties stipulate and agree that:

The time within which the parties are required to conduct mediation be extended from January 27, 2010 to up to and including February 26, 2010 and that the Further Case Management Conference calendared for January 22 2010, be continued until at least 30 days after the scheduled mediation, i.e., either on February 26, 2010 or March 5, 2010.

Dated: January 6, 2010

GORDON & REES LLP

By /s/
Laura L. Geist
Jordan S. Altura
Attorneys for Defendants
AMERIPRISE FINANCIAL, INC. and
RIVERSOURCE LIFE INSURANCE
COMPANY,(f/k/a and erroneously sued as IDS
LIFE INSURANCE COMPANY)

Dated: January 6, 2010

MANNION & LOWE A Professional Corporation

By /s/
E. Gerard Mannion
Wesley M. Lowe
Attorneys for Plaintiff
GAIL E. CLINE



Gordon & ReesLLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

I, Jordan S. Altura, hereby attest that Wesley M. Lowe, counsel for plaintiff, concurs in the filing of this Statement.

DATED: January 6, 2010

By: /s/
Jordan S. Altura

**ORDER**

IT IS HEREBY ORDERED that the deadline to complete mediation in this matter is continued to February 26, 2010, and that the Further Case Management Conference calendared for January 22, 2010, is continued to ☐ February 26, 2010, ~~[or] ☐ March 5, 2010.~~

DATED: January 7, 2010

Judge Charles R. Breyer
United States Distri...

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

Gordon & ReesLLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

APFI/1058492/7383099v.1