E. GERARD MANNION (State Bar #77287)
E-mail:gmannion@sbcglobal.net
WESLEY M. LOWE (State Bar #111761)
E-mail:wlowe@sbcglobal.net
Demián I. Oksenendler (State Bar #233416)
E-mail:doksenendler@sbcglobal.net
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorneys for Plaintiff
GAIL E. CLINE (aka GAYLE E. CLINE)

LAURA LEIGH GEIST (SBN: 180826)
lgeist@gordonrees.com
JORDAN S. ALTURA (SBN: 209431)
jaltura@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
AMERIPRISE FINANCIAL, INC. and
RIVERSOURCE LIFE INSURANCE COMPANY,
(f/k/a and erroneously sued as IDS LIFE INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL E. CLINE (aka GAYLE E. CLINE),<br><br>Plaintiff,<br><br>vs.<br><br>AMERIPRISE FINANCIAL, INC., RIVERSOURCE LIFE INSURANCE COMPANY; IDS LIFE INSURANCE COMPANY, and DOES 1-1000, inclusive,<br><br>Defendant. | CASE NO. C09-3480 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE JANUARY 29, 2010 ORDER OF DISMISSAL WITHOUT PREJUDICE AND ENTER ORDER OF DISMISSAL WITH PREJUDICE**<br>**[FED. R. CIV. R. 41]** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure the undersigned, counsel of record for plaintiff GAIL E. CLINE, and defendants AMERIPRISE FINANCIAL, INC. and

-1-
STIPULATION AND [PROPOSED] ORDER TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE AND ENTER ORDER OF DISMISSAL WITH PREJUDICE RE CASE NO. C-09-3480 CRB

RIVERSOURCE LIFE INSURANCE COMPANY, respectively, do hereby AGREE and STIPULATE that the Court's January 29, 2010 Order of Dismissal, without prejudice, should be vacated and that the Court enter a new order that the above-captioned case be dismissed, in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: March 18, 2010                MANNION & LOWE
                                     A Professional Corporation

                                     By:  /s/
                                          E. Gerard Mannion
                                          Wesley M. Lowe
                                     Attorneys for Plaintiff GAIL E. CLINE

Dated: March 18, 2010                GORDON & REES LLP

                                     By:  /s/
                                          Laura L. Geist
                                          Jordan S. Altura
                                     Attorneys for Defendants
                                     AMERIPRISE FINANCIAL, INC. and
                                     RIVERSOURCE LIFE INSURANCE
                                     COMPANY,(f/k/a and erroneously sued as
                                     IDS LIFE INSURANCE COMPANY)

I, Jordan S. Altura, hereby attest that Wesley M. Lowe, counsel for plaintiff, concurs in the filing of this Stipulation.

DATED: March 18, 2010                By: /s/
                                         Jordan S. Altura

**IT IS SO ORDERED.**

DATED: __March 22_____, 2010

_____
United ... ge

IT IS SO ORDERED
Judge Charles R. Breyer

-2-
STIPULATION AND [PROPOSED] ORDER TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE
AND ENTER ORDER OF DISMISSAL WITH PREJUDICE RE CASE NO. C-09-3480 CRB

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

APFI/1058492/7558777v.1